UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GREGORY F. GRUGNALE,<br>individually and on behalf of all others<br>similarly situated,<br>        Plaintiff<br><br>v.<br><br>GREEN TREE SERVICING, LLC,<br>        Defendant. | Civil Action No: 1:13-cv-10763-MLW |

**DEFENDANT GREEN TREE SERVICING LLC'S**
**FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT**

Defendant Green Tree Servicing LLC ("Green Tree"), through its undersigned counsel, hereby submits this Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1(a) and states as follows:

Green Tree is a non-governmental entity that has no parent corporation, but has the following publicly held affiliate: Walter Investment Management Corp.

        Defendant
        GREEN TREE SERVICING, LLC
        By its attorneys,


        */s/ Richard E. Briansky*
        Richard E. Briansky, Esq. (BBO# 632709)
        PRINCE LOBEL TYE LLP
        100 Cambridge Street, Suite 2200
        Boston, MA  02114
        Phone:    (617) 456-8000
        Fax:    (617) 456-8100
        rbriansky@princelobel.com

1

OF COUNSEL:

Martin C. Bryce, Jr.*, pro hac admission pending*
Bryce@ballardspahr.com
Keith B. Joseph
JosephK@ballardspahr.com
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA  19103
Telephone:  215.665.8500
Facsimile:  215.864.8999

*Attorneys for Defendant Green Tree Servicing LLC*

Dated: May 24, 2013

## CERTIFICATE OF SERVICE

    I, Richard E. Briansky, certify that a true and accurate copy of the foregoing document was filed through the Court's ECF system this 24th day of May 2013.

                              */s/ Richard E. Briansky*