**Ballard Spahr LLP**

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
TEL 215.665.8500
FAX 215.864.8999
www.ballardspahr.com

Martin C. Bryce, Jr.
Direct: 215.864.8238
Fax: 215.864.8999
bryce@ballardspahr.com

September 25, 2014

*By Electronic Filing*

Chief Magistrate Judge Jennifer C. Boal
U.S. District Court, District of Massachusetts
1 Courthouse Way, Suite 2300
5th Floor, Courtroom 14
Boston, MA 02210

Re:  *Grugnale v. Green Tree Serv., LLC*, No. 1:13-cv-10763-JCB - Entry of Thirty-Day Order

Dear Judge Boal:

We represent the defendant Green Tree Servicing, LLC ("Green Tree") in the above-referenced action. The parties recently reached an agreement in principle to settle this case on confidential terms and are currently working toward the drafting and execution of a mutually agreeable settlement agreement and release. Thus, the parties respectfully request that your Honor enter a thirty-day settlement order which should be sufficient time to finalize settlement and file a stipulation of dismissal.

We appreciate your attention to this matter, and please do not hesitate to contact us if you have any questions.

Very truly yours,

/s/ Martin C. Bryce, Jr.

Martin C. Bryce, Jr.

MCB:vpa

cc:  William M. Sweetnam, Esq.

DMEAST #19900920 v1

Atlanta | Baltimore | Bethesda | Denver | Las Vegas | Los Angeles | New Jersey | Philadelphia | Phoenix | Salt Lake City | San Diego
Washington, DC | Wilmington | www.ballardspahr.com

## **CERTIFICATE OF SERVICE**

I, Martin C. Bryce, Jr., Esq., certify that a true and correct copy of the foregoing document was served *via e-mail* on this date upon the following:

>Patrick J. Sheehan (BBO # 639320)
>WHATLEY KALLAS, LLP
>60 State Street, Seventh Floor
>Boston, Massachusetts 02109
>(617) 573-5118
>(617) 573-5090 (fax)
>psheehan@whatleykallas.com
>
>William M. Sweetnam (admitted *pro hac vice*)
>SWEETNAM LLC
>582 Oakwood Avenue, Suite 200
>Lake Forest, Illinois 60045
>(847) 559-9040
>(847) 235-6618 (fax)
>wms@sweetnamllc.com
>
>Preston W. Leonard (BBO # 680991)
>LEONARD LAW OFFICE, LLP
>139 Charles Street, Suite A121
>Boston, Massachusetts 02114
>(617) 595-3640
>pleonard@theleonardlawoffice.com
>
>Joshua N. Garick (BBO #674603)
>LAW OFFICES OF JOSHUA N. GARICK, P.C.
>100 Trade Center, Suite G-700
>Woburn, Massachusetts 01801
>(617) 600-7520
>(617) 600-7430 (fax)
>joshua@garicklaw.com
>
>*Counsel for Plaintiff Gregory F. Grugnale*

Dated: September 25, 2014         */s/ Martin C. Bryce, Jr.*
                                   Martin C. Bryce, Jr.