UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**Gregory F. Grugnale**

**V.**                                    **CIVIL ACTION NO. 1:13-cv-10763-JCB**

**Green Tree Servicing, LLC**

### SETTLEMENT ORDER OF DISMISSAL

**BOAL, M.J.**

The Court having been advised by counsel for the parties that the above-entitled action has been settled;

IT IS HEREBY ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **thirty(30)days**, to reopen the action if settlement is not consummated.

**September 25, 2014**                              /s/  Steve K. York
                                              --------------------------
                                              **Deputy Clerk**